```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 08775
   VONDETRICE L BLAKNEY
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

       Debtor
   SSN XXX-XX-6943

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/14/2007 and was confirmed 07/16/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   7.00%.

     The case was dismissed after confirmation 09/22/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------------
TRIAD FINANCIAL CORP       SECURED VEHIC    7300.00         451.83       2139.00
TRIAD FINANCIAL CORP       UNSECURED       12405.87            .00           .00
ROBERT J ADAMS & ASSOC     PRIORITY        NOT FILED          .00           .00
AMERICAN GENERAL FINANCE   UNSECURED        2405.51            .00           .00
ARROW FINANCIAL SERVICES   UNSECURED       NOT FILED          .00           .00
ASSET ACCEPTANCE LLC       UNSECURED       NOT FILED          .00           .00
CALVARY PORTFOLIO          UNSECURED       NOT FILED          .00           .00
CREDIT BUREAU HUTCHINSON   UNSECURED       NOT FILED          .00           .00
FINGERHUT                  UNSECURED       NOT FILED          .00           .00
PREMIER BANKCARD           UNSECURED         248.39            .00           .00
COMCAST                    UNSECURED       NOT FILED          .00           .00
IC SYSTEMS                 UNSECURED       NOT FILED          .00           .00
EVERGREEN EMERGENCY SERV   UNSECURED       NOT FILED          .00           .00
MCI                        UNSECURED       NOT FILED          .00           .00
MCI                        UNSECURED         132.91            .00           .00
ASSET ACCEPTANCE LLC       UNSECURED         648.04            .00           .00
VATIV RECOVERY SOLUTIONS   UNSECURED         203.59            .00           .00
SENEX SERVICES CORP        UNSECURED       NOT FILED          .00           .00
TARGET                     UNSECURED       NOT FILED          .00           .00
VATIV RECOVERY SOLUTIONS   UNSECURED         172.71            .00           .00
MIDLAND CREDIT MANAGEMEN   UNSECURED         209.17            .00           .00
ROBERT J ADAMS & ASSOC     REIMBURSEMENT       6.33            .00          6.33
B-REAL LLC                 UNSECURED         814.16            .00           .00
B-REAL LLC                 UNSECURED         550.54            .00           .00
ROBERT J ADAMS & ASSOC     DEBTOR ATTY      3,500.00                         .00
TOM VAUGHN                 TRUSTEE                                        200.84
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 08775 VONDETRICE L BLAKNEY
```

```
TRUSTEE                                       2,798.00

PRIORITY                                                            6.33
SECURED                                                         2,139.00
   INTEREST                                                       451.83
UNSECURED                                                            .00
ADMINISTRATIVE                                                       .00
TRUSTEE COMPENSATION                                              200.84
DEBTOR REFUND                                                        .00
                                        ----------------    ----------------
TOTALS                                        2,798.00          2,798.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
   Dated: 12/22/08                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 08775 VONDETRICE L BLAKNEY